BRIAN K. WALTERS, ESQ.
Nevada Bar No. 9711
GORDON REES SCULLY MANSUKHANI, LLP
300 S. 4th Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9300
Facsimile: (877) 306-0043
E-Mail: bwalters@grsm.com

*Attorneys for Defendants*
*CERTAIN UNDERWRITERS AT LLOYD'S,*
*LONDON, AS SUBSCRIBED TO POLICY*
*NUMBER MPL4147217.19 and HISCOX, INC.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AMERICAN PROTECTION GROUP, INC. | Case No.: 2:22-CV-00492-RFB-BNW |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO DISMISS WITHOUT PREJUDICE** |
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON AS SUBSCRIBED TO POLICY NUMBER MPL4147217.19; SYNDICATE NO. 3624; HISCOX, INC. dba HISCOX INSURANCE AGENCY; DOE INDIVIDUALS I through X, inclusive; and ROE CORPORATIONS I through X, inclusive, | |
| Defendants. | |

Plaintiff, AMERICAN PROTECTION GROUP, INC., ("APG"), by and through its attorney, Joshua P. Barrett, Esq. of the law firm of BIGHORN LAW, and Defendants CERTAIN UNDERWRITERS AT LLOYD'S, LONDON AS SUBSCRIBED TO POLICY NUMBER MPL4147217.19, SYNDICATE NO. 3624 and HISCOX, INC. dba HISCOX INSURANCE AGENCY ("Defendants"), by and through their attorney, Brian K. Walters, Esq. of the law firm GORDON REES SCULLY MANSUKHANI, LLP, hereby stipulate and agree to the dismissal without prejudice of Plaintiff's Complaint (ECF No. 1, pg. 7) on file herein and all of Plaintiff's claims asserted against Defendants, subject to a full reservation of the parties' respective rights, with each party to bear its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

DATED this 20th day of December, 2022.

GORDON REES SCULLY
MANSUKHANI, LLP

/s/ Brian K. Walters
Brian K. Walters, Esq.
Nevada Bar No. 9711
300 So. 4th Street, Suite 1550
Las Vegas, NV 89101
bwalters@grsm.com

*Attorneys for Defendants*
*CERTAIN UNDERWRITERS AT LLOYD'S,*
*LONDON, AS SUBSCRIBED TO POLICY*
*NUMBER MPL4147217.19 and HISCOX, INC.*

DATED this 20th day of December, 2022.

BIGHORN LAW

/s/ Joshua P. Barrett
Joshua P. Barrett, Esq.
Nevada Bar No. 12697
3675 w. Cheyenne Ave., Suite 100
Las Vegas, NV 89032
josh@bighornlaw.com

*Attorneys for Plaintiff AMERICAN*
*PROTECTION GROUP, INC.*

**IT IS SO ORDERED**

_____
RICHARD E. BOULWARE, II
United States District Court

DATED this 27th day of December, 2022.

Respectfully Submitted:

GORDON REES SCULLY
MANSUKHANI, LLP

/s/ Brian K. Walters
Brian K. Walters, Esq.
Nevada Bar No. 9711
300 So. 4th Street, Suite 1550
Las Vegas, NV 89101
bwalters@grsm.com

*Attorneys for Defendants*
*CERTAIN UNDERWRITERS AT LLOYD'S,*
*LONDON, AS SUBSCRIBED TO POLICY*
*NUMBER MPL4147217.19 and HISCOX, INC.*